A07A1849. RICHARDS v. THE STATE.
(654 SE2d 468)

ANDREWS, Presiding Judge.

David George Richards, having pled guilty to numerous charges resulting from a domestic violence incident involving his mother, including two counts of felony obstruction of an officer, attempted removal of a weapon from an officer, reckless driving, and attempting to elude, appeals.

---

Appellate counsel has filed a motion to withdraw as counsel and a brief* pursuant to *Anders v. California*, 386 U. S. 738 (87 SC 1396, 18 LE2d 493) (1967). This Court, however, has not permitted *Anders* motions since 1988. See *Huguley v. State*, 253 Ga. 709, 710 (324 SE2d 729) (1985), followed by this Court in *Fields v. State*, 189 Ga. App. 532, 533 (376 SE2d 912) (1988).

Therefore, pursuant to *Woody v. State*, 229 Ga. App. 823, 825 (1) (494 SE2d 685) (1997), this appeal is hereby dismissed as procedurally deficient.

*Appeal dismissed. Ellington and Adams, JJ., concur.*

DECIDED NOVEMBER 27, 2007 — ▮▮▮▮▮▮▮▮

David G. Richards, *pro se*.
Patrick H. Head, *District Attorney, Reuben M. Green, Assistant District Attorney*, for appellee.

---

* No enumeration of error is included in the brief, in violation of our Court of Appeals Rule 25 (a) (2).